IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>RAJNISH SINGH GREWAL,<br><br>                              Defendants. | CASE NO.  1:07-MJ-00272-GSA<br><br>ORDER DISMISSING COMPLAINT AND RECALLING WARRANT |

IT IS HEREBY ORDERED that the complaint in the above-entitled case shall be DISMISSED and the WARRANT shall be RECALLED.  The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 28, 2015**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1